**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

Chambers of
**Ellen Lipton Hollander**
District Court Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0742

February 22, 2022

Antione Harris, #63414-037
Federal Correctional Institution
Petersburg Medium
P.O. Box 1000
Petersburg, Maryland  23804

    Re:    *United States of America v. Antione Harris*
            Criminal No.:  ELH-17-0322

Dear Mr. Harris,

    I have received your letter of February 15, 2022.  ECF 460.  In your letter, you ask for a date by which you must reply to the government's opposition as to your motion for compassionate release.  Please reply by **March 23, 2022**.

    Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

                                                   Sincerely,

                                                   /s/
                                               Ellen L. Hollander
                                               United States District Judge

cc:  Michael Hanlon, Esquire
     Assistant United States Attorney