ENTERED
LOGGED RECEIVED

MAR 0 1 2022

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY
BY

Feb 19, 22

Your Honor, We hope
that you are safe and well.
Alaysia and Amina are asking
you to pardon there dad Whom
they miss so dearly for a long
time hoping that one day he
be home to help us with our
manner school work and so on.
I am Sarah their grandma help
ing them write this letter I
pray you hear there cry.

Amina
Alaysia